■ GLORIA FOWLER, Appellant, v ST. LUKE'S MEMORIAL HOSPITAL CENTER, Respondent. (Appeal No. 3.) [711 NYS2d 804] —Order unanimously affirmed without costs. Same Memorandum as in *Fowler v St. Luke's Mem. Hosp. Ctr.* ([appeal No. 2] 273 AD2d 893 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Renewal.) Present:—Green, J. P., Wisner, Kehoe and Lawton, JJ.